[No. 5875-1-III.   Division Three.   December 18, 1984.]

HARRY ISSEL, *Appellant,* v. THE STATE OF WASHINGTON, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 83-2-00668-1, William J. Grant, J.,

entered May 10, 1983. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Munson, C.J., and McInturff, J. Now published at 39 Wn. App. 485.